UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOE W. BYRD,

   Plaintiff,

v.    No. 4:24-cv-00299-P

MINTA DELYN SPURGIN, ET AL.,

   Defendants.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and Recommendations ("FCR"), recommending this case be *sua sponte* remanded to the 67th Judicial District Court, Tarrant County as removal was improper[1]. ECF No. 5. After reviewing the record and the FCR, the Court determines that removal was wholly improper here and **ADOPTS** the reasoning in the Magistrate Judge's FCR and **REMANDS** this case to the 67th Judicial District Court, Tarrant County.

**SO ORDERED** on this **2nd day of April 2024.**

Mark T. Pittman
UNITED STATED DISTRICT JUDGE

---

[1] Mr. Byrd, the plaintiff, removed the case to federal court despite 28 U.S.C. § 1441(a) providing that an action may only "be removed by the defendant or the defendants."